UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW JASPER AMES,

    Defendants.

_____/

Case: 1:24-cr-20018
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 01-10-2024

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
**Possession with Intent to Distribute Fentanyl**
**21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)**

On or about June 14, 2023, in the Eastern District of Michigan, ANDREW JASPER AMES, knowingly possessed with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, commonly known as "fentanyl," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**18 U.S.C. § 924(c)**

On or about June 14, 2023, in the Eastern District of Michigan, ANDREW JASPER AMES, knowingly possessed a firearm, that is, a Sears, 12 gauge, break-action

shotgun; a Beretta, BU 9 Nano, 9mm semi-automatic pistol; and a Smith & Wesson, Model 79521, .38 special revolver, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl; in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT THREE
### Felon in Possession of a Firearm
### 18 U.S.C. § 922(g)(1)

On or about June 14, 2023, in the Eastern District of Michigan, ANDREW JASPER AMES, knowing that he had been previously convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Sears, 12 gauge, break-action shotgun; a Beretta, BU 9 Nano, 9mm semi-automatic pistol; and a Smith & Wesson, Model 79521, .38 special revolver, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One, Two, and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a) and Title 18, United States Code, Section 924(d)(1).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Upon conviction of an offense charged in Count Two and Three of this Indictment, defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm or ammunition involved in said offense including but not limited to a Sears, 12 gauge, break-action shotgun, bearing serial number SC1023733; a Beretta, BU 9 Nano, 9mm semi-automatic pistol, bearing serial number NU068531; and a Smith & Wesson, Model 79521, .38 special revolver, bearing serial number 524094; and 26 rounds of 9mm caliber ammunition.

Dated: January 10, 2024

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

*s/Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Michigan 48502-1280
Phone: (810) 766-5177
anthony.vance@usdoj.gov
P61148

*s/William Orr*
WILLIAM ORR
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747Flint,
Phone: (989) 895-5712
william.orr@usdoj.gov
Texas Bar No: 24102308

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    x No

Case: 1:24-cr-20018
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 01-10-2024

**Case Title:** USA v. Andrew Jasper Ames

**County where offense occurred:** Bay

**Check One:** X Felony    __ Misdemeanor    __ Petty

   __X__ Indictment/ ____ Information --- **no** prior complaint.
   _____ Indictment/ ____ Information --- based upon prior complaint []
   _____ Indictment/ ____ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below].*

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

   ☐   Corrects errors; no additional charges or defendants.
   ☐   Involves, for plea purposes, different charges or adds counts.
   ☐   Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date: January 10, 2024

s/William Orr
William Orr
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: William.Orr@usdoj.gov
Attorney Bar #:   Texas 24102308

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.