UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

Andrew Jasper Ames,

    Defendant.

Case No. 24-cr-20018

Judge Thomas L. Ludington
Magistrate Judge Patricia T. Morris

## MOTION AND ORDER
## TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America respectfully requests that the Indictment and Arrest Warrant in the above-entitled case be unsealed for the reason that it is no longer necessary in the interest of justice for the documents to be sealed.

Respectfully submitted,

DAWN N. ISON
United States Attorney

Dated: April 19, 2024

s/William Orr
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI  48708
William.Orr@usdoj.gov
(989) 895-5712
Texas 24102308

IT IS SO ORDERED.

s/ Patricia T. Morris
PATRICIA T. MORRIS
United States Magistrate Judge

Entered: April 19, 2024